517 A.2d 537

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA STATE POLICE, Appellants,**

v.

**Richard W. HENRY, Appellee.**

Supreme Court of Pennsylvania.

Argued May 14, 1986.

Decided Nov. 17, 1986.

Joseph S. Rengert, Rosalyn K. Robinson, John P. Krill, Harrisburg, for appellants.

Jeffrey F. Bahls, Quakertown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as improvidently granted.